# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )
                              )
          ██████████████████████████████ )     ASBCA No. 60915
                              )
Under Contract No. W91B4M-09-C-7088    )

APPEARANCE FOR THE APPELLANT:        ████████████
                                          General Director

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                          CPT Jeremy D. Burkhart, JA
                                          Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60915, Appeal of ████████████ ██████████████, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals